No. 8467.

OWEN v. THE UNITED STATES SUING FOR USE OF THE MONTROSE HARDWARE COMPANY, ET AL.

*Error to Montrose District Court, Black, Judge.*

Affirmed in part on the authority of No. 8434. ·

Opinion by White J.

K. B. TOWNSENND, for plaintiff in error.

HARRY B. TEDROW, MORRIS & GRANT, SMITH, BROCK & FERGUSON, RAYMOND J. MCPHEE, CATLIN & BLAKE, SHERMAN & SHERMAN for defendants in error.

---

No. 8461.

THE UNITED STATES OF AMERICA v. MONTROSE HARDWARE COMPANY, ET AL.

Affirmed on the authority of McPhee v. The United States, No. 8434.

Opinion by White, J.

*Error to Montrose District Court, Black, Judge.*

HARRY B. TEDROW, FRANK HALL, JAMES B. ALEXANDER for plaintiff in error.

SMITH, BROCK & FERGUSON, MORRIS & GRANT, ROGERS, ELLIS & JOHNSON, DINES, DINES & HOLME, SHERMAN & SHERMAN, for defendants in error.

Mr. Justice White delivered the opinion of the court.

Each party to this case is a party, either as plaintiff in error or defendant in error, in McPhee v. United States No. 8434, which has just been determined.

The controlling facts of the cases are identical, and constituted but

one case in the trial court. After judgment in this court the cases were consolidated. The opinion in No. 8434 determines the questions in this case and the same orders there entered will be entered here.

*Judgment affirmed in part and reversed in part.*

Chief Justice Hill and Mr. Justice Bailey concurring.